[Nos. 71566-6-I; 71567-4-I; Division One. January 26, 2015.] 71568-2-I.

*In the Matter of the Dependency of* K.B-S. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. KEMONTAE SLAUGHTER, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 12-7-02866-2, 12-7-02865-4, and 12-7-02864-6, Hollis R. Hill, J., entered January 31, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Leach, J.

[No. 72462-2-I. Division One. January 26, 2015.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. THE BOARD OF INDUSTRIAL INSURANCE APPEALS ET AL., *Defendants*, TESORO REFINING & MARKETING COMPANY, LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-2-01333-0, Michael E. Rickert, J., entered September 11, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Leach, JJ. Now published at 186 Wn. App. 240.

[No. 44131-4-II. Division Two. January 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA LEE DRECKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00250-3, David L. Edwards, J., entered October 29, 2012. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Maxa and Melnick, JJ.